UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ORION INTERNATIONAL CONSULTING GROUP, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. ) |
| THE ORION RECRUITING GROUP LLC, | ) **JURY TRIAL DEMANDED** ) |
| Defendant. | ) ) ) |

**PLAINTIFF ORION INTERNATIONAL CONSULTING GROUP INC.'S
RULE 7.1 (a) DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Orion International Consulting Group Inc. hereby discloses that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Of Counsel:

Paul I. Perlman (*pro hac vice* pending)
Joseph P. DiVincenzo (*pro hac vice* pending)
HODGSON RUSS LLP
One M & T Plaza, Suite 2000
Buffalo, New York 14203
*pperlman@hodgsonruss.com*

Dated: May 8, 2006

Frederick L. Cottrell III (#2555)
Cottrell@rlf.com
Jeffery L. Moyer (#3309)
Moyer@rlf.com
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19801
(302)-651-7700
  Attorneys for Plaintiff Orion International
  Consulting Group Inc.

RLF1-3011352-1