IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORION INTERNATIONAL CONSULTING GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE ORION RECRUITING GROUP LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) Case No. 06-305 <br><br> **JURY TRIAL DEMANDED** |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Paul I. Perlman and Joseph P. DiVincenzo of Hodgson Russ LLP to represent Plaintiff Orion International Consulting Group, Inc. in the above-captioned matter.

Of Counsel:

Paul I. Perlman, Esquire
Joseph P. DiVincenzo, Esquire
Hodgson Russ LLP
One M. & T Plaza, Suite 2000
Buffalo, NY 14203

Dated: May 9, 2006

*/s/ Anne Shea Gaza*
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Jeffrey L. Moyer (#3309)
Moyer@rlf.com
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
moyer@rlf.com
gaza@rlf.com
Attorneys for Plaintiff Orion International
Consulting Group, Inc.

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Dated: _____          _____
                                        United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the Bar of New York and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

_____
Paul I. Perlman, Esquire
Hodgson Russ LLP
One M. & T Plaza, Suite 2000
Buffalo, NY 14203

Dated: May 8, 2006

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing in good standing as a member of the Bar of New York and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Joseph P. DiVincenzo, Esquire
Hodgson Russ LLP
One M. & T Plaza, Suite 2000
Buffalo, NY 14203

Dated: May 8, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF to the following:

Ther Orion Recruiting Group LLC
c/o Business Filings Inc.
108 West 13th Street
Wilmington, DE 19801

_____
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700