# United States District Court

District Of Delaware

| | | |
|---|---|---|
| ORION INTERNATIONAL CONSULTING GROUP, INC., | ) ) ) | **SUMMONS IN A CIVIL CASE** |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. ᴄ ᴏ ᵎ ‐ ᵎ ᵒ ᵎ 5 ᴬ |
| THE ORION RECRUITING GROUP LLC, | ) ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) ) ) | |

TO:     **THE ORION RECRUITING GROUP LLC**
c/o Business Filings Incorporated
108 West 13th Street
Wilmington, DE 19801

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFFS' ATTORNEY
**Frederick L. Cottrell, III, Esquire**
**Jeffrey L, Moyer, Esquire**
**Anne Shea Gaza, Esquire**
**Richards, Layton & Finger**
**One Rodney Square**
**Wilmington, DE 19899**
**(302) 651-7700**

an answer to the complaint which is herewith served upon you, within <u>twenty (20) days</u> after service of this

summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken

against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action

must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                          5-8-06
_____        _____
CLERK                                                    DATE

_____
(By) DEPUTY CLERK

RLF1-3011341-1

• AO 440 (Rev 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 5/9/06 |

| NAME OF SERVER (PPJNT) | TITLE |
|---|---|
| KEVIN DUNN | SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐   Served personally upon the defendant. Place where served: _____

Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

☐   Name of person with whom the summons and complaint were left: _____

☐   Returned unexecuted: _____

☒   Other (specify):  SERVED: THE ORION RECRUITING GROUP LLC C/O BUSINESS FILINGS INC. AT 1209 ORANGE ST. WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY SCOTT LASCALA (PROCESS AGENT)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/9/06
          Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302-475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2006, I caused to be served by hand delivery the

foregoing document and electronically filed the same with the Clerk of Court using CM/ECF to

the following:

The Orion Recruiting Group LLC
c/o Business Filings Inc.
108 West 13th Street
Wilmington, DE 19801

_Anne Shea Gaza_
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700