IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORION INTERNATIONAL CONSULTING GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE ORION RECRUITING GROUP LLC, <br><br> Defendant. | Case No. 06-305-KAJ <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, plaintiff, Orion International Consulting Group, Inc., by its counsel, hereby dismisses the action without prejudice as against defendant, Orion Recruiting Group LLC, each party bearing its own costs and attorneys' fees.

Of Counsel:

Paul I. Perlman, Esquire
Joseph P. DiVincenzo, Esquire
Hodgson Russ LLP
One M. & T Plaza, Suite 2000
Buffalo, NY 14203

*Anne Shea Gaza* (signature)

Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Jeffrey L. Moyer (#3309)
Moyer@rlf.com
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
moyer@rlf.com
gaza@rlf.com
Attorneys for Plaintiff Orion International Consulting Group, Inc.

Dated: June 13, 2006

RLF1-3025367-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF to the following:

THE ORION RECRUITING GROUP LLC
c/o Business Filings Incorporated
108 West 13th Street
Wilmington, DE 19801

I hereby certify that on June 13, 2006, I caused to be sent by Federal Express the foregoing document to the following non-registered participant:

David E. Vaughan
The Orion Recruiting Group
4501 4th St.
La Mesa, CA 91941

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

RLF1-3011395-1